### George (a man of color,) v. Rook.

In an action of trespass, under the statute, a general verdict will be decreed for single damages, unless the contrary appears.

### Van Arsdell for Plaintiff.

1st. The court below erred in overruling the motion of the plaintiff to treble the damages found by the jury.

### Opinion of the Court by Scott, Judge.

George instituted an action against Rook, under the statute to prevent certain trespasses, and obtained a verdict for forty-five dollars, the plaintiff moved the court to treble the damages. The court overruled the motion, and entered

AUGUST TERM, judgment for the damages assessed by the jury, *per curiam.*
1841.

George
v.
Rook.

In an action of trespass, under the sta- tue, a general verdict will be decreed for single damages, unless the contrary appears.

A general verdict will be decreed for single damages, unless the contrary appears. Withington v. Young, 4 vol. Mo. R. 564; Cooper v. Maupin, 6 vol. Mo. R. 624; Cross v. U. States, 1 Gallison C. C. R. The judgment of the circuit court is therefore erroneous, and is reversed, and judgment is entered by this court in conformity to this opinion.